UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA GIBSON and JILL SHULER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>                Defendant. | Case No. 1:25-cv-01088-ENV-CLP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Julia Gibson and Jill Shuler hereby dismiss without prejudice to themselves or other members of the putative class all claims against Defendant Unilever United States, Inc.

Dated: April 18, 2025

                                   **ARISOHN LLC**

                                   By: */s/ Joshua D. Arisohn*
                                           Joshua D. Arisohn

                                   Joshua D. Arisohn
                                   94 Blakeslee Rd.
                                   Litchfield, CT 06759
                                   Telephone: (646) 837-7150
                                   Email: josh@arisohnllc.com

                                   *Attorney for Plaintiffs*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 4/21/2025

/s/ *Eric N. Vitaliano*
Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close this case.

1